THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERMAN RIVERS, Appellant.

Submitted September 27, 2010; decided October 14, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR WASHINGTON, Appellant.

Submitted October 4, 2010; decided October 14, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

EDWIN POPE et al., Appellants, v SAFETY AND QUALITY PLUS, INC., et al., Respondents. (And a Third-Party Action.)

Submitted August 2, 2010; decided October 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.